JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RETURN OF SEIZED 200,000 PLASTIC BAGS, _____ ) ) ) KETTLE RIVER CANNABIS CO., ) ) Movant, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) _____ ) | Case No. CV 19-2740 FMO (MAAx)  **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having reviewed Kettle River Cannabis Co.'s Notice of Withdrawal of Petition **(Document No. 11)**, IT IS ORDERED that the above-captioned action is dismissed without prejudice.

Dated this 3rd day of July, 2019.

/s/
_____
Fernando M. Olguin
United States District Judge